IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID M. THOMPSON,

   Plaintiff,

   v.                                   Civil Action No. 4:19CV33

UNITED STATES DEPARTMENT OF
JUSTICE,

   Defendant.

## DEFENDANT'S MOTION FOR A BRIEFING SCHEDULE
## AND MOTION FOR A PROTECTIVE ORDER

Comes now Defendant United States Department of Justice (DOJ), and moves this Court to enter a Briefing Schedule, and a Protective Order against discovery, in this Freedom of Information Act (FOIA) case. A memorandum of law in support of these motions follows.

                                   Respectfully submitted,

                                   G. ZACHARY TERWILLIGER
                                   UNITED STATES ATTORNEY

By:   /s/
      Virginia VanValkenburg, Assistant U.S. Attorney
      Virginia State Bar No. 33258
      Counsel for Defendant
      Office of the United States Attorney
      101 West Main Street, Suite 8000
      Norfolk, Virginia 23510-1671
      Telephone: 757.441.6331
      Facsimile: 757.441.6689
      Email: virginia.vanvalkenburg@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on the 7th day of August, 2019, I will electronically file the foregoing Motions with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following filing user:

Not Applicable.

And I further certify that I will mail the document by U.S. mail to the following non-filing user:

David M. Thompson, Pro se plaintiff
1708 Carriage House Way
Williamsburg, Virginia 23188
Telephone: 757. 920.5573
Email: dmjm1@hotmail.com

    /s/
Virginia VanValkenburg, Assistant U.S. Attorney
Virginia State Bar No. 33258
Counsel for Defendant
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: 757.441.6331
Facsimile: 757.441.6689
Email: virginia.vanvalkenburg@usdoj.gov